DAVID P. WAGGONER, CABN 242519
HOMELESS ACTION CENTER
2150 Dwight Avenue
Berkeley, CA 94704
Telephone: (415) 205-8237
Facsimile: (510) 540-0403
dwaggoner@homelessactioncenter.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ELLIS,<br><br>      Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Civil No. 5:25-cv-10393-PCP<br><br>STIPULATION EXTENDING TIME TO FILE PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff's time for submitting Plaintiff's Opening Brief be extended by 14 days, from May 8, 2026, to May 22, 2026. This is Plaintiff's third request for an extension of time.

There is good cause for this extension because Plaintiff's counsel has been out of the office in recent weeks for medical reasons. A final extension of 14 days will allow counsel to fully brief the facts and legal arguments in this case.

Plaintiff shall have an extension of 14 days in which to file Plaintiff's Opening Brief. The parties further stipulate that all subsequent deadlines in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly. Nothing in this stipulation shall prevent Defendant from filing an extension request should Defendant need to do so.

The parties stipulate in good faith with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: May 11, 2026                          By:

                                             /s/ *David P. Waggoner*
                                             DAVID P. WAGGONER
                                             HOMELESS ACTION CENTER
                                             Attorneys for Plaintiff


                                             CRAIG H. MISSAKIAN
                                             United States Attorney

                                             /s/ *Erin Highland*
                                             (*as authorized via email May 7, 2026)
                                             ERIN HIGHLAND
                                             Special Assistant United States Attorney
                                             Office of Program Litigation, Office 7

                                             Attorneys for Defendant

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: May 11, 2026

THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE